| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **LAW OFFICES OF STEPHEN R. WADE, P.C.**<br>**Stephen R. Wade, CSB# 79219**<br>**405 N. Indian Hill Blvd.**<br>**Claremont, CA 91711**<br>**Tel: (909) 985-6500**<br>**Fax:  (909) 912-8887**<br><br>**srw@srwadelaw.com** | |

☐ *Individual appearing without attorney*
☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Shannon E Couser**<br><br><br><br><br>                                                    Debtor(s) | CASE NO.: **6:18-bk-20235-SY**<br><br>CHAPTER: **7**<br><br>---<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B       ☐ Schedule C       ☑ Schedule D       ☑ Schedule E/F       ☑ Schedule G

☐ Schedule H         ☐ Schedule I       ☐ Schedule J       ☐ Schedule J-2       ☑ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)       ☑ Statement of Intentions       ☑ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    FEB  0 7 2019                    *Shannon E. Couser*
                                          **Shannon E Couser**
                                          Debtor 1 Signature
                                          _____
                                          Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Shannon E Couser** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **6:18-bk-20235-SY** |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

**2.1** **Associated Ready Mixed Concrete,Inc**
Creditor's Name

| | | **$35,899.99** | **$419,500.00** | **$0.00** |
|---|---|---|---|---|

c/o DEVIRIAN & SHINMOTO PROF. CORP
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

12596 Begonia Court Rancho Cucamonga, CA 91739  San Bernardino County
Value reflects sales price of $456,000 less 8% cost of sale

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    09/15/2017    Last 4 digits of account number    CUCO

**2.2** **Loandepo.co**
Creditor's Name

| | | **$332,550.51** | **$419,500.00** | **$0.00** |
|---|---|---|---|---|

26642 Towne Centre Dr
Foothill Ranch, CA 92610
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

12596 Begonia Court Rancho Cucamonga, CA 91739  San Bernardino County
Value refliects sales price of $456,000 less 8% cost of sale

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Shannon E Couser**                                        Case number (if known)    **6:18-bk-20235-SY**

    First Name        Middle Name        Last Name

☐ At least one of the debtors and another    ☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a         ■ Other (including a right to offset)  **Deed of Trust**
   community debt

            **Opened
            11/14 Last
            Active**

Date debt was incurred  **6/05/18**      Last 4 digits of account number  **1506**

---

| 2.3 | **Sunbelt Rental, Inc.** | Describe the property that secures the claim: | $52,474.60 | $419,500.00 | $1,425.10 |
|---|---|---|---|---|---|

    Creditor's Name

**C/O John D. Guerrini,
Esq
THE GUERRINI LAW
FIRM
106 S. Mentor Ave., Suite
150
Pasadena, CA 91106**

    Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

┌─────────────────────────────────────┐
│ **12596 Begonia Court Rancho
Cucamonga, CA 91739  San
Bernardino County
Value reflects sales price of
$456,000 less 8% cost of sale** │
└─────────────────────────────────────┘

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☐ Other (including a right to offset)  _____

Date debt was incurred  **10/11/2017**    Last 4 digits of account number  **9425**

---

Add the dollar value of your entries in Column A on this page. Write that number here:     | **$420,925.10** |

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:                               | **$420,925.10** |

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐

    Name, Number, Street, City, State & Zip Code

**Sunbelt Rentals
2341 Deerfield Dr.
Fort Mill, SC 29715**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number  **9425**

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shannon E Couser** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | 6:18-bk-20235-SY | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **Department of the Treasury** | Last 4 digits of account number  1082 | $1,004.81 | $1,004.81 | $0.00 |
| | Priority Creditor's Name | | | | |
| | **Internal Revenue Service-Taxes 2017** | When was the debt incurred? _____ | | | |
| | **Ogden, UT 84201** | | | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | | |
| | Who incurred the debt? Check one. | ☐ Contingent | | | |
| | ☑ Debtor 1 only | ☐ Unliquidated | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | |
| | ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| | ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| | ☐ Check if this claim is for a  community debt | ☑ Taxes and certain other debts you owe the government | | | |
| | Is the claim subject to offset? | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ☑ No | ☐ Other. Specify _____ | | | |
| | ☐ Yes | | | | |

Debtor 1    **Shannon E Couser**    Case number (if known)    **6:18-bk-20235-SY**

| 2.2 | **Department of Treasury** | Last 4 digits of account number **1082** | **$2,351.25** | **$2,351.25** | **$0.00** |

Priority Creditor's Name
**Internal Revenue ServiceTaxes-2016**
**Ogden, UT 84201**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Check if this claim is for a community debt

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify _____

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.** Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | **AFIRM** | Last 4 digits of account number **21AZ** | **Unknown** |

Nonpriority Creditor's Name
**3528 Precision Dr., Ste 200**
**Fort Collins, CO 80528**
Number Street City State Zip Code

When was the debt incurred?    **08/02/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Policy**

---

Debtor 1  **Shannon E Couser**                                           Case number (if known)  **6:18-bk-20235-SY**

---

| **4.2** | **Ameresco Inc.** | | | **Unknown** |

Nonpriority Creditor's Name

**111 Speen St., #410**
**Farmington, MA 01710**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **Unk**

When was the debt incurred?    **unk**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade Debt for S.E. Welco**

---

| **4.3** | **Amex** | | | **$8,042.00** |

Nonpriority Creditor's Name

**Po Box 297871**
**Fort Lauderdale, FL 33329**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1733**

When was the debt incurred?    **Opened 12/06  Last Active 5/21/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| **4.4** | **Associated Ready Mixed Concrete Inc** | | | **Unknown** |

Nonpriority Creditor's Name

**4621 Teller Ave., Suite 130**
**Newport Beach, CA 92660**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2015**

When was the debt incurred?    **08/31/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade Debt for S.E. Welco**

---

Debtor 1    **Shannon E Couser**    Case number (if known)    **6:18-bk-20235-SY**

---

| 4.5 | **Associated Ready Mixed Concrete, In** | Last 4 digits of account number | **6151** | **$19,036.70** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o DEVIRIAN & SHINMOTO PROF. CORP**
**11400 W. Olympic Blvd., Suite 200**
**Los Angeles, CA 90064**
Number Street City State Zip Code

**When was the debt incurred?**    **11/08/2017**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade Debt for S.E. Welco**

---

| 4.6 | **Barney's Hole Digging** | Last 4 digits of account number | **8552** | **$1,420.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P. O. Box 8596**
**Long Beach, CA 90808**
Number Street City State Zip Code

**When was the debt incurred?**    **11/22/2016**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade Debt for S.E. Welco**

---

| 4.7 | **Bernard Concrete, Inc** | Last 4 digits of account number | **1824** | **$5,500.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**C/O John Schroeder, Esq.**
**KRING & CHUNG, LLP**
**38 Corporate Park**
**Irvine, CA 92606**
Number Street City State Zip Code

**When was the debt incurred?**    **10/23/2017**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade Debt for S.E. Welco**

---

Debtor 1  **Shannon E Couser** _____  Case number (if known) **6:18-bk-20235-SY**

| 4.8 | **Bill Carr Surveys, Inc** | Last 4 digits of account number | **7109,7143,7 258,7259** | | **$11,341.25** |

Nonpriority Creditor's Name

**615 N. Poplar St.**
**Orange, CA 92868**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? **01/04/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Trade Debt for S.E. Welco**

---

| 4.9 | **California Field Ironworkers** | Last 4 digits of account number | **5053** | | **Unknown** |

Nonpriority Creditor's Name

**Welfare**
**131 N. El Molino Ave. , Ste 330**
**Pasadena, CA 91101**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? **19/12/2007**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Trade Debt for S.E. Welco**

---

| 4.1 0 | **Carpenters Southwest Administrative** | Last 4 digits of account number | **GAFM** | | **$720.00** |

Nonpriority Creditor's Name

**C/O Casey Jensen, Esq.**
**DeCarlo & Shanley, PC, File #7156**
**533 S. Fremont, Ave., 9th Floor**
**Los Angeles, CA 90071**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? **12/19/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Trade Debt for S.E. Welco**

---

Debtor 1   **Shannon E Couser**                                    Case number (if known)   **6:18-bk-20235-SY**

---

| 4.1 |
|---|
| 1 |

**Cemex**
Nonpriority Creditor's Name
**5503 E. Diana St.**
**Tampa, FL 33610**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____                 **Unknown**

**When was the debt incurred?**   **Unk**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Trade Debt for S.E. Welco**

---

| 4.1 |
|---|
| 2 |

**Chase Card**
Nonpriority Creditor's Name
**Po Box 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number**   **7369**                 **$13,351.00**

**When was the debt incurred?**   **Opened 03/15  Last Active 6/12/18**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

| 4.1 |
|---|
| 3 |

**Chuze Fitness**
Nonpriority Creditor's Name
**9080 E. Foothill Blvd.**
**Rancho Cucamonga, CA 91730**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____                 **Unknown**

**When was the debt incurred?**   **Unk.**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Health Club membership**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Shannon E Couser**                                   Case number (if known)    **6:18-bk-20235-SY**

| | | | |
|---|---|---|---|
| 4.1 4 | **Citi** | Last 4 digits of account number    **2199** | **$3,970.00** |

Nonpriority Creditor's Name

**P. O Box 6241**
**Sioux Falls, SD 57117**

Number Street City State Zip Code

**When was the debt incurred?** **Opened 07/15  Last Active 6/16/18**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

**As of the date you file, the claim is: Check all that apply**

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Credit Card**

---

| | | | |
|---|---|---|---|
| 4.1 5 | **City of Rancho Cucamonga** | Last 4 digits of account number    **4697** | **Unknown** |

Nonpriority Creditor's Name

**10500 Civic Center Drive**
**Rancho Cucamonga, CA 91730**

Number Street City State Zip Code

**When was the debt incurred?**    **10/22/18**

**Who incurred the debt?** Check one.

■ Debtor 1 only

**As of the date you file, the claim is: Check all that apply**

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Trade Debt for S.E. Welco**

---

| | | | |
|---|---|---|---|
| 4.1 6 | **Colony Specialty** | Last 4 digits of account number    **8064** | **$1,000.00** |

Nonpriority Creditor's Name

**Attn: Deductible Collections Specia**
**P. O. Box 469012**
**San Antonio, TX 78246**

Number Street City State Zip Code

**When was the debt incurred?**    **11/30/2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only

**As of the date you file, the claim is: Check all that apply**

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Trade Debt for S.E. Welco**

---

Debtor 1    **Shannon E Couser**

Case number (if known)    **6:18-bk-20235-SY**

| 4.1 7 | **Concrete Cutting & Brkg-MI** | Last 4 digits of account number | **3528** | $9,150.00 |

Nonpriority Creditor's Name
**c/o Transworld Systems Inc**
**P. O. Box 15095**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    **Unk.**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

---

| 4.1 8 | **Contractors State License Board** | Last 4 digits of account number | **8608** | $720.00 |

Nonpriority Creditor's Name
**Norwalk intake/Mediaton Center**
**12501 East Imperial Hwy., Ste 620**
**Norwalk, CA 90650**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    **11/07/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Busness License**

---

| 4.1 9 | **Corey Taylor, Esq.** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
**27201 Puerta Real, Suite 140**
**Mission Viejo, CA 92691**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    **05/09/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Legal Fees**

---

Debtor 1    **Shannon E Couser**                                          Case number (if known)    **6:18-bk-20235-SY**

---

| 4.2 0 | **Crawford Real Estate Services, Inc** | Last 4 digits of account number | **6014** | **$200,000.00** |

Nonpriority Creditor's Name
**1770 N.  Arrowhead Ave.**
**San Bernardino, CA 92405**
Number Street City State Zip Code

When was the debt incurred?    **12/01/2018**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans

**Is the claim subject to offset?**
■ No
□ Yes

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Secured claim on property sold by Debtor**

---

| 4.2 1 | **CSI Electric** | Last 4 digits of account number | **Unk.** | **Unknown** |

Nonpriority Creditor's Name
**10623 Fulton Wells Ave.**
**Santa Fe Springs, CA 90670**
Number Street City State Zip Code

When was the debt incurred?    **Unk.**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans

**Is the claim subject to offset?**
■ No
□ Yes

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade Debt for S.E. Welco**

---

| 4.2 2 | **Diamond Environmental Services** | Last 4 digits of account number | **2158** | **$2,271.16** |

Nonpriority Creditor's Name
**Headquaters**
**807 E. Mission Rd.**
**San Marcos, CA 92069**
Number Street City State Zip Code

When was the debt incurred?    **11/09/2017**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans

**Is the claim subject to offset?**
■ No
□ Yes

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade Debt for S.E. Welco**

---

Debtor 1    **Shannon E Couser**                                                        Case number (if known)    **6:18-bk-20235-SY**

---

| 4.2 3 | **Edward Michael Pizozzi, Esq** | Last 4 digits of account number | **Unk.** | **Unknown** |

Nonpriority Creditor's Name

**32631 US Hwy 79**
**Warner Springs, CA 92086**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?    **Unk.**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **legal Fees**

---

| 4.2 4 | **EJD Engineering, Inc** | Last 4 digits of account number | **110B** | **$1,800.00** |

Nonpriority Creditor's Name

**14726 Ramona Ave.**
**Chino, CA 91710**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?    **05/31/2016**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Trade Debt for S.E. Welco**

---

| 4.2 5 | **Ellie Reynolds-Rodriguez(McIllvain)** | Last 4 digits of account number | **8212** | **$20,138.77** |

Nonpriority Creditor's Name

**c/o Cook Law Office, PLLC**
**4500 S. Lakeshore Drive, Suite 215**
**Tempe, AZ 85282**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?    **5/29/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Ins. Claim**

---

Debtor 1    **Shannon E Couser**                                      Case number (if known)    **6:18-bk-20235-SY**

| 4.2 6 | **Empyrean Plumbing, Inc.** | Last 4 digits of account number | **0801** | **$54,016.00** |

Nonpriority Creditor's Name
**3404 Niki Way**
**Riverside, CA 92507**
Number Street City State Zip Code

When was the debt incurred?    **01/31/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Trade Debt for S.E. Welco**

---

| 4.2 7 | **Garrett Concrete Coring** | Last 4 digits of account number | **5855** | **$1,724.25** |

Nonpriority Creditor's Name
**& Sawing, Inc**
**14923 Telephone Ave.**
**Chino, CA 91710**
Number Street City State Zip Code

When was the debt incurred?    **04/11/2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Trade Debt for S.E. Welco**

---

| 4.2 8 | **Genisa Iron** | Last 4 digits of account number | **0822** | **$33,934.90** |

Nonpriority Creditor's Name
**C/o Hamrick & Evans**
**2600 W. Olive Ave., Ste. 1020**
**Burbank, CA 91505**
Number Street City State Zip Code

When was the debt incurred?    **01/12/2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Trade Debt for S.E. Welco**

---

Debtor 1    **Shannon E Couser**                                          Case number (if known)    **6:18-bk-20235-SY**

---

| 4.2 9 | **Genisa Iron, Inc** | Last 4 digits of account number    **CCJC** | $912,454.93 |
|---|---|---|---|

Nonpriority Creditor's Name
**C/O Carlo Paciulli, Esq.**
**HUNT ORTMANN PALFFY, INC**
**301 N. Lake Ave., 7th Floor**
**Pasadena, CA 91101**
Number Street City State Zip Code

When was the debt incurred?    **01/12/2018**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt of S.E. Welco**

---

| 4.3 0 | **Genisa Iron, Inc/DM Ironwork** | Last 4 digits of account number    **BCCJ** | $44,440.17 |
|---|---|---|---|

Nonpriority Creditor's Name
**C/O Carlo Paciulli, Esq.**
**HUNT ORTMANN PALFFY**
**301 N. Lake Ave., 7th Flor**
**Pasadena, CA 91101**
Number Street City State Zip Code

When was the debt incurred?    **01/12/2018**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade Debt for S.E. Welco**

---

Debtor 1    **Shannon E Couser**                                    Case number (if known)    **6:18-bk-20235-SY**

| 4.3 1 | **Genisha Iron Inc. dba DM Iron Works** | Last 4 digits of account number | **7480** | **$44,140.84** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**C/O Carlo Paciulli, Esq.**
**HUNT ORTMANN PALFFY, NIEVES**
**DARLING**
**301 North Lake Ave., 7th Floor**
**Pasadena, CA 91101**

Number Street City State Zip Code

When was the debt incurred?    **10/20/2017**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☑ Other. Specify    **Trade Debt for S.E. Welco**

---

| 4.3 2 | **George Knopfler** | Last 4 digits of account number | **BCCJ** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**HAMRICK & EVANS, LLP**
**2600 W. Olive Ave., Ste. 1020**
**Burbank, CA 91505**

Number Street City State Zip Code

When was the debt incurred?    **Unk**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☑ Other. Specify    **Trade Debt for S.E. Welco**

---

Debtor 1    **Shannon E Couser**                                    Case number (if known)    **6:18-bk-20235-SY**

| 4.3 3 | **HUB Construction Specialties, Inc** | Last 4 digits of account number | **3769** | **$10,048.92** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**C/O Howard Goodman**
**LAW OFFICES OF HOWARD**
**GOODMAN**
**18321 Ventura Blvd., Ste. 755**
**Tarzana, CA 91356**

When was the debt incurred?    **03/28/18**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Trade Debt for S.E. Welco**

---

| 4.3 4 | **HUB Construction Specialties, Inc** | Last 4 digits of account number | **6747** | **$32,969.38** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**C/O Howard Goodman**
**LAW OFFICES OF HOWARD**
**GOODMAN**
**18321 Ventura, Blvd., Ste. 755**
**Tarzana, CA 91356**

When was the debt incurred?    **3/28/18**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Trade Debt for S.E. Welco**

---

Debtor 1    **Shannon E Couser**                                    Case number *(if known)*    **6:18-bk-20235-SY**

---

| 4.3 5 | **Industrial Services** | Last 4 digits of account number | **3230** | **$51,207.00** |

Nonpriority Creditor's Name
**c/o Steven A. Booska**
**Law Offices of Steven Booska**
**P. O. Box 2169**
**Oakland, CA 94621**

When was the debt incurred?    **Unk**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☒ No
- ☐ Yes

- ☒ Other. Specify    **Trade Debt for S.E. Welco**

---

| 4.3 6 | **kaiser Permanente** | Last 4 digits of account number | **Unk.** | **Unknown** |

Nonpriority Creditor's Name
**1 Kaise Plz**
**Oakland, CA 94612**

When was the debt incurred?    **Unk.**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☒ No
- ☐ Yes

- ☒ Other. Specify    **Trade Debt for S.E. Welco**

---

| 4.3 7 | **KB Miramontes, Inc** | Last 4 digits of account number | **3368** | **$1,150.00** |

Nonpriority Creditor's Name
**27758 Santa Margarita Pkwy #270**
**Mission Viejo, CA 92691**

When was the debt incurred?    **11/23/2016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☒ No
- ☐ Yes

- ☒ Other. Specify    **Trade Debt for S.E. Welco**

---

Debtor 1   **Shannon E Couser**                                    Case number (if known)   **6:18-bk-20235-SY**

---

| 4.3 8 | | | |
|---|---|---|---|

**Liberty Mutual Surety**                          Last 4 digits of account number   **1427**                          $60,000.00

Nonpriority Creditor's Name

P. O. Box 34670                                    When was the debt incurred?   **10/12/2017**
**Seattle, WA 98124**

Number Street City State Zip Code

**Who incurred the debt? Check one.**              **As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only                                    ☐ Contingent

☐ Debtor 2 only                                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                       ■ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**       ☐ Student loans
**debt**
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify   **Trade Debt for S.E. Welco**

---

| 4.3 9 | | | |
|---|---|---|---|

**MDS Consulting**                                 Last 4 digits of account number   **Unk.**                          $15,000.00

Nonpriority Creditor's Name

**17320 Red Hill Ave., #350**                      When was the debt incurred?   **Unk.**
**Irvine, CA 92614**

Number Street City State Zip Code

**Who incurred the debt? Check one.**              **As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only                                    ☐ Contingent

☐ Debtor 2 only                                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                       ☐ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**       ☐ Student loans
**debt**
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify   **Trade Debt for S.E. Welco**

---

| 4.4 0 | | | |
|---|---|---|---|

**Nordstrom/td Bank Usa**                          Last 4 digits of account number   **7082**                          $33,175.88

Nonpriority Creditor's Name

**13531 E Caley Ave**                              When was the debt incurred?   **Opened 03/01  Last Active**
**Englewood, CO 80111**                            **5/16/18**

Number Street City State Zip Code

**Who incurred the debt? Check one.**              **As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only                                    ☐ Contingent

☐ Debtor 2 only                                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                       ☐ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**       ☐ Student loans
**debt**
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify   **Credit Card**

---

Debtor 1    **Shannon E Couser** _____    Case number (if known)    **6:18-bk-20235-SY**

| | | | |
|---|---|---|---|
| **4.4 1** | **Old Republic Surety Co** | Last 4 digits of account number    **0679** | **$7,500.00** |

Nonpriority Creditor's Name
**Claims Rep Rebecca L. Green**    When was the debt incurred?    **10/23/2017**
**445 S. Moorland Rd., Ste. 200**
**Brookfield, WI 53005**
Number Street City State Zip Code    As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only    ☐ Contingent
- ☐ Debtor 2 only    ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only    ■ Disputed
- ☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
- ■ **Check if this claim is for a community debt**    ☐ Student loans
  ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- **Is the claim subject to offset?**    ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No    ■ Other. Specify    **Trade Debt for S.E. Welco**
- ☐ Yes

| | | | |
|---|---|---|---|
| **4.4 2** | **Orion Carport Systems** | Last 4 digits of account number    **Unk.** | **Unknown** |

Nonpriority Creditor's Name
**2917 Vail Ave.**    When was the debt incurred?    **Unk.**
**Los Angeles, CA 90040**
Number Street City State Zip Code    As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only    ☐ Contingent
- ☐ Debtor 2 only    ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only    ■ Disputed
- ☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
- ■ **Check if this claim is for a community debt**    ☐ Student loans
  ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- **Is the claim subject to offset?**    ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No    ■ Other. Specify    **Trade Debt for S.E. Welco**
- ☐ Yes

| | | | |
|---|---|---|---|
| **4.4 3** | **Pacific Security Premium Finance** | Last 4 digits of account number    **8365** | **$632.05** |

Nonpriority Creditor's Name
**784 Wall Street, Suite 110**    When was the debt incurred?    **10/16/2017**
**O Fallon, IL 62269**
Number Street City State Zip Code    As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only    ☐ Contingent
- ☐ Debtor 2 only    ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only    ■ Disputed
- ☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
- ■ **Check if this claim is for a community debt**    ☐ Student loans
  ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- **Is the claim subject to offset?**    ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No    ■ Other. Specify    **Trade Debt for S.E. Welco**
- ☐ Yes

Debtor 1    **Shannon E Couser**                                          Case number (if known)    **6:18-bk-20235-SY**

---

| 4.4 4 | **PAPE Material Handling, Inc** | Last 4 digits of account number **3444** | | **$6,649.11** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P. O. Box 5077**
**Portland, OR 97208**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **11/30/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade Debt for S.E. Welco**

---

| 4.4 5 | **Peter C. Wittlin Attorney At Law** | Last 4 digits of account number **9154** | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**8 Corporate Park, Suite 300**
**Irvine, CA 92606**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **08/30/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Legal Fees**

---

| 4.4 6 | **Phx Mgmt Sol** | Last 4 digits of account number **2792** | | **$104,415.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**10000 N 31st Av**
**Phoenix, AZ 85051**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened 10/14/13**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **06 Suretec Insurance Company Ca**
**Business Debt**

---

Debtor 1    **Shannon E Couser**                                      Case number (if known)    **6:18-bk-20235-SY**

| 4.4 7 | **Premium Finance Co** | Last 4 digits of account number    **Unk.** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**P. O. Box 1506**
**O Fallon, IL 62269**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Unk**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade Debt for S.E. Welco**

---

| 4.4 8 | **Robertson's** | Last 4 digits of account number    **0594** | **$1,088.48** |
|---|---|---|---|

Nonpriority Creditor's Name
**200 S. Main St., Ste. 200**
**Corona, CA 92882**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **06/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade Debt for S.E. Welco**

---

| 4.4 9 | **Robertson's** | Last 4 digits of account number    **3742** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**P. O. Box 3600**
**Corona, CA 92878**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **01/16/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade Debt for S.E. Welco**

---

Debtor 1   **Shannon E Couser** _____    Case number (if known)   **6:18-bk-20235-SY**

| 4.50 | **SCE Federal Credit Union** | Last 4 digits of account number   **0022** | **$96.85** |
|---|---|---|---|

Nonpriority Creditor's Name

**P. O. Box 8017**
**El Monte, CA 91734**
Number Street City State Zip Code

When was the debt incurred?   **11/26/18**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Insurance Fees**

---

| 4.51 | **Skyline Steel Inc** | Last 4 digits of account number   **UBCC** | **$25,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**C/O Michael Buscemi, Esq.**
**BUSCEMI HALLETT, LLP**
**555 W. Beech St., Ste. 450**
**San Diego, CA 92101**
Number Street City State Zip Code

When was the debt incurred?   **04/25/2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Legal**

---

| 4.52 | **Skyline Steel, Inc** | Last 4 digits of account number   **BCCJ** | **$25,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**C/O Michael R. Buscemi**
**BUSCEMI HALLETT, LLP**
**555 W. Beech St., Ste. 450**
**San Diego, CA 92101**
Number Street City State Zip Code

When was the debt incurred?   **04/04/2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade Debt for S.E. Welco**

---

Debtor 1  **Shannon E Couser**                                    Case number (if known)    **6:18-bk-20235-SY**

---

| 4.5 3 | **Skylines Steel, Inc.** | Last 4 digits of account number | **3769** | $25,000.00 |

Nonpriority Creditor's Name
**C/O Michael R. Buscemi, Esq.**
**BUSCEMI HALLETT, LLP**
**555 W. Beech St., Ste. 450**
**San Diego, CA 92101**

When was the debt incurred?  **03/28/2018**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Trade Debt for S.E. Welco**

---

| 4.5 4 | **Skylines Steel, Inc.** | Last 4 digits of account number | **7480** | $25,000.00 |

Nonpriority Creditor's Name
**C/O Michael R. Buscemi, Esq.**
**BUSCEMI HALLETT, LLP**
**555 W. Beech St., Ste. 450**
**San Diego, CA 92101**

When was the debt incurred?  **05/20/2018**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Trade Debt for S.E. Welco**

---

| 4.5 5 | **Somerset Electric** | Last 4 digits of account number | **Unk** | Unknown |

Nonpriority Creditor's Name
**18340 S Helen Ave**
**Montclair, CA 91763**

When was the debt incurred?  **Unk**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  _____

---

Debtor 1 __Shannon E Couser__                                          Case number (if known) __6:18-bk-20235-SY__

| 4.5 6 | State Compensation Ins. Fund | Last 4 digits of account number __6717__ | $1,840.48 |

Nonpriority Creditor's Name

**5860 Owens Dr.**
**Pleasanton, CA 94588**
Number Street City State Zip Code

When was the debt incurred? __12/14/2017__

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify __Trade Debt for S.E. Welco__

---

| 4.5 7 | Summit Painting & Wallcovering, Inc | Last 4 digits of account number __9030__ | $105,238.82 |

Nonpriority Creditor's Name

**c/o E. Scott Holrook, Jr.**
**1290 E. Center Court Drive**
**Covina, CA 91724**
Number Street City State Zip Code

When was the debt incurred? __09/18/2018__

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify __Trade Debt for S.E. Welco__

---

| 4.5 8 | Sunstate Equipment Co | Last 4 digits of account number __0593__ | $46,080.39 |

Nonpriority Creditor's Name

**P. O. Box 52581**
**Phoenix, AZ 85072**
Number Street City State Zip Code

When was the debt incurred? __11/30/2017__

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify __Trade Debt for S.E. Welco__

---

Debtor 1  **Shannon E Couser**                                    Case number (if known)  **6:18-bk-20235-SY**

---

| 4.5 9 | **Sunstate Rental** | Last 4 digits of account number | **Unk.** | **Unknown** |

Nonpriority Creditor's Name
**5552 Washington St.**
**Phoenix, AZ 85034**
Number Street City State Zip Code

**When was the debt incurred?** **Unk.**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Trade Debt for S.E. Welco**

---

| 4.6 0 | **Suretec** | Last 4 digits of account number | **Unk.** | **Unknown** |

Nonpriority Creditor's Name
**3131 Camono DelRio, #1450**
**San Diego, CA 92108**
Number Street City State Zip Code

**When was the debt incurred?** **Unk.**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Trade Debt for S.E. Welco**

---

| 4.6 1 | **Syncb** | Last 4 digits of account number | **5958** | **$1,024.00** |

Nonpriority Creditor's Name
**C/O Lenscrafters**
**P. O. Box 965036**
**Orlando, FL 32896**
Number Street City State Zip Code

**When was the debt incurred?** **Opened 08/08  Last Active 6/04/18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Charge Account**

---

Debtor 1    **Shannon E Couser**                                          Case number (if known)    **6:18-bk-20235-SY**

---

| 4.6 2 | **The Ohio Casualty Company** | Last 4 digits of account number | **7278** | **$125,000.00** |

Nonpriority Creditor's Name
**C/O Law Offices of Larry Rothstein
2945 Townsgate Rd., Ste 200
Westlake Village, CA 91361**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?    05/21/2018**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade Debt for S.E. Welco**

---

| 4.6 3 | **Toshiba International** | Last 4 digits of account number | **Unk** | **Unknown** |

Nonpriority Creditor's Name
**13131 W. Little York Rd.
Houston, TX 77041**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?    Unk**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade Debt for S.E. Welco**

---

| 4.6 4 | **Transworld Systems Inc** | Last 4 digits of account number | **3528** | **$9,150.00** |

Nonpriority Creditor's Name
**P. O. Box 15095
Wilmington, DE 19850-5000**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?    12/27/2017**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade Debt for S.E. Welco**

---

Debtor 1    **Shannon E Couser** _____    Case number (if known)    **6:18-bk-20235-SY**

---

| 4.6 5 | | | |
|---|---|---|---|

**Tredesman International** | Last 4 digits of account number _____ | | **$44,485.78**
Nonpriority Creditor's Name
**5553 W. Waters Ave., Suite 313**
**Tampa, FL 33643** | When was the debt incurred?    **09/19/2017**
Number Street City State Zip Code
**Who incurred the debt? Check one.** | As of the date you file, the claim is: Check all that apply

■ Debtor 1 only | ☐ Contingent
☐ Debtor 2 only | ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only | ■ Disputed
☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt** | ☐ Student loans
**Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes | ■ Other. Specify    **Trade Debt for S.E. Welco**

---

| 4.6 6 | | | |
|---|---|---|---|

**United Rentals** | Last 4 digits of account number    **9809** | | **$65,310.61**
Nonpriority Creditor's Name
**100 First Stamford Pl., Ste. 700**
**Stamford, CT 06902** | When was the debt incurred?    **09/21/2017**
Number Street City State Zip Code
**Who incurred the debt? Check one.** | As of the date you file, the claim is: Check all that apply

■ Debtor 1 only | ☐ Contingent
☐ Debtor 2 only | ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only | ■ Disputed
☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt** | ☐ Student loans
**Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes | ■ Other. Specify    **Trade Debt for S.E. Welco**

---

| 4.6 7 | | | |
|---|---|---|---|

**United Site Services of CA** | Last 4 digits of account number    **2325** | | **$2,426.43**
Nonpriority Creditor's Name
**P. O. Box 53267**
**Phoenix, AZ 85072** | When was the debt incurred?    **12/28/2017**
Number Street City State Zip Code
**Who incurred the debt? Check one.** | As of the date you file, the claim is: Check all that apply

■ Debtor 1 only | ☐ Contingent
☐ Debtor 2 only | ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only | ■ Disputed
☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt** | ☐ Student loans
**Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes | ■ Other. Specify    **Trade Debt for S.E. Welco**

---

Debtor 1   **Shannon E Couser**

Case number (if known)   **6:18-bk-20235-SY**

---

| 4.68 | **Us Bank** | Last 4 digits of account number   **5249** | **$5,141.00** |

Nonpriority Creditor's Name

**4325 17th Ave S**
**Fargo, ND 58125**

When was the debt incurred?   **Opened 10/17  Last Active 5/17/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

| 4.69 | **Us Dept Of Ed/glelsi** | Last 4 digits of account number   **8581** | **$25,718.00** |

Nonpriority Creditor's Name

**Po Box 7860**
**Madison, WI 53707**

When was the debt incurred?   **Opened 09/13  Last Active 5/20/18**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify   **Educational**

---

| 4.70 | **Vel Smith dba Volt Edge Services** | Last 4 digits of account number   **1905** | **$66,000.00** |

Nonpriority Creditor's Name

**C/O Robert J. Prata, Esq.**
**PRATA & DALEY, LLP**
**515 S. Figuerao St., Ste. 1515**
**Los Angeles, CA 90071**

When was the debt incurred?   **11/06/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Trade Debt for S.E. Welco**

---

Debtor 1    **Shannon E Couser**                                    Case number (if known)    **6:18-bk-20235-SY**

| 4.7 1 | **Victorias Secret** | Last 4 digits of account number | **7944** | $4,824.80 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**POBox 182685**
**Columbus, OH 43218**
Number Street City State Zip Code

When was the debt incurred?    **11/18/2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Charge Account**

| 4.7 2 | **Wells Fargo** | Last 4 digits of account number | **4764** | $12,626.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Po Box 14517**
**Des Moines, IA 50306**
Number Street City State Zip Code

When was the debt incurred?    **Opened 12/07  Last Active 5/16/18**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

| 4.7 3 | **Wells Fargo** | Last 4 digits of account number | **5318** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Legal Order Processing S4001-01E**
**P. O. Box 29779**
**Phoenix, AZ 85038**
Number Street City State Zip Code

When was the debt incurred?    **Unk.**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

Debtor 1    **Shannon E Couser**                                    Case number (if known)    **6:18-bk-20235-SY**

| 4.74 | **Westgate Resorts** | Last 4 digits of account number | **9540** | **$500.00** |

Nonpriority Creditor's Name
**Westgate Planet Hollywood Las Vegas**

When was the debt incurred?    **08/20/2018**

**2801 Old Winter Gardern Rd.
Ocoee, FL 34761**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| Part 3: | **List Others to Be Notified About a Debt That You Already Listed** |

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**American Express**
**POBox 0001**
**Los Angeles, CA 90096-0001**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2005**

---

Name and Address
**Bernardo Concrete, Inc**
**c/o Kring & Chung, LLP**
**38 Corporate Park**
**Irvine, CA 92606**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.41** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **1824**

---

Name and Address
**CA Field Ironworkers**
**c/o LMCT**
**990 Reserve Dr., Ste.104**
**Roseville, CA 95678**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **5053**

---

Name and Address
**California Field Ironworkers**
**P. O. Box 887273**
**Los Angeles, CA 90088**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **5053**

---

Name and Address
**California Field Ironworkers**
**P. O. Box 1208**
**Roseville, CA 95678**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **5053**

---

Name and Address
**Citi**
**P. O. Box 6741**
**Sioux Falls, SD 57117**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2199**

---

Name and Address
**Construction Collection Specialists**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.58** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims

---

Debtor 1   **Shannon E Couser**                                    Case number (if known)   **6:18-bk-20235-SY**

---

P. O. Box 44500
Phoenix, AZ 85064

☐ **Part 2: Creditors with Nonpriority Unsecured Claims**

Last 4 digits of account number          **0593**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Contractors State License Board**<br>**9821 Business Park Drive**<br>**Sacramento, CA 95827** | Line **4.18** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number          **1222**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Contractors State License Board**<br>**P. O. Box 2600**<br>**Sacramento, CA 95826** | Line **4.18** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number          **8608**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Crowford Investmetn Company**<br>**1980 Orange Tree Lane, Suite 107**<br>**Redlands, CA 92374** | Line **4.20** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Empyrean Plumbing, Inc**<br>**P. O. Box 5680**<br>**Riverside, CA 92517** | Line **4.26** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number          **0801**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Engle Martin & Associates**<br>**3760 Kilroy Airport Way #680**<br>**Long Beach, CA 90806** | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number          **2209**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Farmers Insurence**<br>**P. O. Box 268994**<br>**Oklahoma City, OK 73126** | Line **4.25** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number          **8212**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Garrett Concrete Coring**<br>**c/o AG Adjustments**<br>**740 Walt Whitman Rd.**<br>**Melville, NY 11747** | Line **4.27** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number          **5855**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Genisa Iron**<br>**C/O HUNT ORTMANN & PALFFY**<br>**301 N. Lake Ave.**<br>**7th Floor**<br>**Pasadena, CA 91101** | Line **4.28** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number          **0822**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Genisa Iron dba DM Ironworks**<br>**C/O Kennedy & Souza, APC**<br>**7964 Arjon Drive, Suite I**<br>**San Diego, CA 92126** | Line **4.31** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number          **7480**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Genisa Iron Inc. dba DM Ironworks**<br>**C/O KENNEDY & SOUSA, APC**<br>**7964 Arjons Drive Suite I**<br>**San Diego, CA 92126** | Line **4.28** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number          **0822**

---

Debtor 1    **Shannon E Couser**                                    Case number (if known)    **6:18-bk-20235-SY**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **George Knopfler, Esq**<br>**HAMRICK & EVANS, LLP**<br>**2600 W. Olive Ave., Ste. 1020**<br>**Burbank, CA 91505** | Line **4.33** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **3769** |
| **Hamrick & Evans, LLP**<br>**2600 W. Olive Ave., Suite 1020**<br>**Burbank, CA 91505** | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **1653** |
| **Hamrick & Evans, LLP**<br>**111 Universal Hollywood Dr.**<br>**22nd Floor**<br>**Universal City, CA 91608** | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **1653** |
| **Industrial Service Inc**<br>**P. O. Box 4595**<br>**Chatsworth, CA 91313** | Line **4.35** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Liberty Mutual**<br>**P. O. Box 34526**<br>**Seattle, WA 98124** | Line **4.38** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **8142** |
| **LV Tower 52**<br>**Association Manager**<br>**Hilton Grand Vacations**<br>**P. O. Box 402705**<br>**Atlanta, GA 30384** | Line **4.74** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **4171** |
| **Mark  A. Kirkorsky, P. C.**<br>**Attorney at Law**<br>**P. O. Box 25287**<br>**Tempe, AZ 85285** | Line **4.66** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **9809** |
| **Nordstrom Card Services**<br>**P. O. Box 6566**<br>**Englewood, CO 80155** | Line **4.40** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **7082** |
| **Old Republic**<br>**C/O John M. Pagan, Esq**<br>**LAW OFFICES OF HAUSMAN &**<br>**SOSA, LLP**<br>**20750 Ventura Blvd., Ste. 105**<br>**Woodland Hills, CA 91364** | Line **4.41** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **1824** |
| **Pacific Security Premium Finance**<br>**12790 Merit Dr.**<br>**Dallas, TX 75251** | Line **4.43** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **8365** |

Debtor 1   **Shannon E Couser**                                        Case number (if known)   **6:18-bk-20235-SY**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Premium Finance Co.**<br>P. O. Box 1506<br>O Fallon, IL 62269-1506 | Line **4.43** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number      **8365** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **PSA Realty & Ins**<br>P. O. Box 720<br>Temecula, CA 92593 | Line **4.43** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number      **8365** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Robertson's**<br>P. O. Box 3600<br>Corona, CA 92878 | Line **4.48** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number      **0594** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **SE Welco & Couser**<br>c/o HAMRICK & EVANS, LLP<br>2600 W. Olive Ave., Suite 1020<br>Burbank, CA 91505 | Line **4.31** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number      **7480** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **SE Welco & Couser**<br>c/o HAMRICH & EVANS, LLP<br>2600 W. Olive St., Ste. 1020<br>Burbank, CA 91505 | Line **4.30** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number      **CUBC** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **SE Welco, Inc, & Couser**<br>c/o HAMRICK & EVANS, LLP<br>2600 W. Olive Ave., Ste 1020<br>Burbank, CA 91505 | Line **4.29** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number      **CUBC** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Skyline Steel Inc**<br>c/o BUSCEMI HALLETT, LLP<br>555 W. Beech St., Suite 450<br>San Diego, CA 92101 | Line **4.29** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number      **UBCC** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Skyline Steel Inc**<br>c/o BUSCEMI HALLETT, LLP<br>555 W. Beech St., Suite 450<br>San Diego, CA 92101 | Line **4.28** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number      **0822** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Skyline Steel, Inc**<br>c/o BUSCEMI HALLETT, LLP<br>555 W. Beech St., Suite 450<br>San Diego, CA 92101 | Line **4.31** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number      **7480** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Skyline Steel, Inc**<br>3207 W. Harrison St.<br>Phoenix, AZ 85009 | Line **4.51** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

---

Name and Address                                      On which entry in Part 1 or Part 2 did you list the original creditor?

Debtor 1    **Shannon E Couser**                                        Case number (if known)    **6:18-bk-20235-SY**

| | |
|---|---|
| **Skyline Steel, Inc**<br>c/o BUSCEMI HALLETT, LLP<br>555  W. Beech St., Suite 450<br>San Diego, CA 92101 | Line **4.30** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number       **CUBC** |

| | |
|---|---|
| Name and Address<br>**Slylines Steel Inc**<br>c/o Michael R. Buscemi, Esq<br>BUSCEMI HALLETT, LLP<br>555 W. Beech St. Ste. 450<br>San Diego, CA 92101 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.33** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number       **3769** |

| | |
|---|---|
| Name and Address<br>**Somerset Electric**<br>12223 Highland Ave., #506<br>Rancho Cucamonga, CA 91739 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.55** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**State Compensation Ins. Fund**<br>P. O. Box 7441<br>San Francisco, CA 94120 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.56** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number       **9867** |

| | |
|---|---|
| Name and Address<br>**Summit Painting**<br>1114 San Fernandeo Rd<br>Los Angeles, CA 90065 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.57** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number       **9030** |

| | |
|---|---|
| Name and Address<br>**The Murkin Group, LLC**<br>11701 Belcher Rd., Suite 110<br>Largo, FL 33773 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.35** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number       **4471** |

| | |
|---|---|
| Name and Address<br>**Tradesmen International**<br>c/o Allen, Maxwell & Silver, Inc.<br>P. O. Box 540<br>Fair Lawn, NJ 07410 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.65** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number       **9346** |

| | |
|---|---|
| Name and Address<br>**Tradesmen International**<br>c/o The Guerrini Law Firm<br>106 S. Mentor Ave., #150<br>Pasadena, CA 91106 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.65** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number       **5339** |

| | |
|---|---|
| Name and Address<br>**United Site Services**<br>3408 Hillcap<br>San Jose, CA 95136 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.67** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number       **2325** |

| | |
|---|---|
| Name and Address<br>**US Bank**<br>P. O. Box 108<br>Saint Louis, MO 63166 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.68** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number       **5249** |

| | |
|---|---|
| Name and Address<br>**Victoria's Secret**<br>P. O Box 659728<br>San Antonio, TX 78265 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.71** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

| Debtor 1 | **Shannon E Couser** | | Case number (if known) | **6:18-bk-20235-SY** |
|---|---|---|---|---|

| | Last 4 digits of account number | |
|---|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Volt Edge Services** | Line **4.70** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Attn: Velmer Smith** | | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **509 W. Locus Ave.** | | |
| **Ontario, CA 91762** | Last 4 digits of account number | **1905** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Wells Fargo Bank, N.A** | Line **4.72** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **MAc F8235-02F** | | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Des Moines, IA 50306** | | |
| | Last 4 digits of account number | **4764** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Wiggin & Dana, LLP** | Line **4.66** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Two Stanford Plaza** | | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **281 Tresser Blvd.** | | |
| **Stamford, CT 06901** | Last 4 digits of account number | **9809** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Wiggin & Dana, LLP** | Line **4.66** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **P. O. Box 100711** | | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Atlanta, GA 30384** | | |
| | Last 4 digits of account number | **9809** |

---

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| **Total claims from Part 1** | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 3,356.06 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 3,356.06 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| | 6f. | Student loans | 6f. | $ | 25,718.00 |
| **Total claims from Part 2** | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 2,302,752.95 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 2,328,470.95 |

Fill in this information to identify your case:

| Debtor 1 | **Shannon E Couser** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number    6:18-bk-20235-SY
(if known)

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any
additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for
    example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts
    and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |
| 2.1  **Kia Motors Finance**<br>**P. O. Box 660891**<br>**Dallas, TX 75266** | **Least on 2018 Sportage EX** |
| 2.2  **Kia Motors Finance**<br>**P. O. Box 660891**<br>**Dallas, TX 75266** | **2018 Kia Sportage LX** |
| 2.3  **Westgage Resorts**<br>**P.O. Box 742487**<br>**Atlanta, GA 30374-2487** | **Las Vegas Timeshare one (1) week alternate years. $369<br>per month** |

**Fill in this information to identify your case:**

Debtor 1    **Shannon E Couser**
First Name                Middle Name                Last Name

Debtor 2
(Spouse if, filing)    First Name            Middle Name        Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number    **6:18-bk-20235-SY**
(if known)

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy        4/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

    ■ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ☐ No
    ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | **$2,428.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Shannon E Couser** _____     Case number (if known)   **6:18-bk-20235-SY**

| | Debtor 1 Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| **For last calendar year:** (January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips | $40.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips | $-118,358.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2016 ) | ■ Wages, commissions, bonuses, tips | $10,329.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips | $10,289.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

**5.   Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|

**6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.    Go to line 7.

■ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

| Debtor 1 | **Shannon E Couser** | Case number (if known) | **6:18-bk-20235-SY** |
|---|---|---|---|

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.
☐ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Loan Depot** | **monthly** | **$2,154.00** | **$332,000.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Kia Motor Finance** | **monthly** | **$387.00** | **Unknown** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

Debtor 1    **Shannon E Couser**    Case number *(if known)*    **6:18-bk-20235-SY**

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Sunbelt Rental, Inc. vs. S.E. Welco Inc, et al. Sunbelt Rental, Inc. CIVDS 1719425** | **Collections** | **Superior Court of California County Of San Bernardino 247 West Third St. San Bernardino, CA 92415** | ☐ Pending ☐ On appeal ■ Concluded<br><br>**Abstract of Judgment issued 01/22/18** |
| **HUB Construction vs. S. E. Welco, Inc., et al. HUB Construction Specialties, Inc LC106747** | **Breach of Contract** | **Superiot Court of California LA County, Northwest District 6230 Sylmar Ave. Van Nuys, CA 91401** | ■ Pending ☐ On appeal ☐ Concluded |
| **HUB Construction Specialties, Inc. vs. S.E. Welco, Inc., CIVDS 1803769** | **Breach of Contract** | **Superior Court of California San Bernardino County 247 W. Third St. San Bernardino, CA 92415** | ■ Pending ☐ On appeal ☐ Concluded |
| **Skyline Steel, Inc. vs. S.E. Welco, Inc., et al Skyline Steel Inc CIVDS1803769** | **Breach of Contract** | **Superior Court of California San Bernardino County 247 W. Third St., San Bernardino, CA 92401** | ■ Pending ☐ On appeal ☐ Concluded |
| **Associated Ready Mixed Concrete, Inc. vs. S. E. Welco Inc., et al 30-2017-00940726-CU-CO-CJC** | **Breach of Contract** | **Superior Court of California County of Orange, Centeral Justice Cente 700 Civic Center West Santa Ana, CA 92701** | ☐ Pending ☐ On appeal ■ Concluded<br><br>**Abstruct of Judgmern issued on 3/22/18** |
| **CarpentersSouthwest, et al vs. S.E. Welco., Inc. , et al Carpenters Southwest Administrative 2:18-cv-01222-PSG-AFM** | **Civil** | **United States District Court Central District of Califonia 350 W. First St. Los Angeles, CA 90012** | ■ Pending ☐ On appeal ☐ Concluded |
| **Vel Smith dba Volt Edge vs. Haley Contruction Services, et al. CIVDS1721905** | **Breach of Contract** | **Superior Court of California San Bernardino County 247 W. Third St. San Bernardino, CA 92415** | ■ Pending ☐ On appeal ☐ Concluded<br><br>**Judgment on Complaint 08/16/2018** |
| **Genisa  Iron, Inc vs. S.E. Welco, et al. MC027480** | **Breach of Contract** | **Superior Court of California County of Los Angeles 42011 4th St., West Lancaster, CA 93535** | ■ Pending ☐ On appeal ☐ Concluded |
| **Genisa Iron bda DM Ironworks  vs. S. E. Welco, Couser, et al. 30-2017-00951270-CU-BC-CJC** | **Breach Of Contract** | **Superior Court of California Orange County Superior Court 700 Civic Center Drive Santa Ana, CA 92701** | ■ Pending ☐ On appeal ☐ Concluded |
| **Genisa Iron, Inc. vs. S. E. Welco, Inc., et al. 30-2017-00950956-CU-BC-CJC** | **Breach of Contract** | **Superior Court of California Orange County 700 Civic Center Drive Santa Ana, CA 92701** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor 1    **Shannon E Couser**    Case number *(if known)*    **6:18-bk-20235-SY**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Skyline Steel Inc vs. S.E. Welco, et al**<br>**CIVDS1800822** | **Civil** | **Superior Court of the State of Californi**<br>**San Bernardino District**<br>**247 W. Third St., Sept S25**<br>**San Bernardino, CA 92415** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **The Ohio Casualty Company vs. S. E. Welco, et al.**<br>**LC107278** | **Collection** | **Superior Court of California**<br>**Los Angeles Superior Court**<br>**6230 Silmar Ave.**<br>**Van Nuys, CA 91401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | **Explain what happened** | | |
| **Sun Belt Rentals**<br>**C/O John D. Guerrini, Esq.**<br>**THE GUERRINI LAW FIRM**<br>**106 S. Mentor Ave., Suite 150**<br>**Pasadena, CA 91106** | **Cash on Deposit**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br><br>■ Property was attached, seized or levied. | **June 18, 2018** | **$3,500.00** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ■ No
    ☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    ■ No
    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Person to Whom You Gave the Gift and Address:** | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    ■ No
    ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

Debtor 1    **Shannon E Couser**                                    Case number (if known)    **6:18-bk-20235-SY**

---

**Part 6:**    **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

---

**Part 7:**    **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Stephen R. Wade<br>405 N. Indian Hill Blvd.<br>Claremont, CA 91711<br>srw@srwadelaw.com** | **Retainer** | **09/12/2017** | **$3,500.00** |

---

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **McCoy Estate Holdings Company, Inc<br>C/O Charisse McCoy<br>715 N. Mountain Ave., Ste. 202<br>Upland, CA 91786<br><br>None** | **Vacant Lot in Rancho Cucamonga<br>APN 0227-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, Di Carlo PL., Rancho Cucamonga, CA 91739, San Bernardino County** | **$40,000 payble $5,000 a month payments starting 1/2018; plus assumption of debt of $200,000** | **11/07/2017** |

---

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☐ No
☑ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Shannon E Couser**                                          Case number *(if known)*   **6:18-bk-20235-SY**

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| **Shannon E. Causer Living Trust** | **Single Family Home located at 12596 Begonia Court, Rancho Cucamonga; value approximately $450,000** | **9/27/17** |

**Part 8:**    **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Wells Fargo**<br>**Po Box 5169**<br>**Sioux Falls, SD 57117** | XXXX-2670 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/31/2018** | **$0.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**    **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes.  Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**    **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance,

Debtor 1    **Shannon E Couser**                                    Case number *(if known)*    **6:18-bk-20235-SY**

hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |
|---|---|

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies.  Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| S.E. Welco, Inc. 12223 Highland Ave Suite 106 Rancho Cucamonga, CA 91739 | Construction Rantax | EIN: 47-3011082 From-To  January, 2015-September, 2017 |
| Haley Construction Services, Inc 10808 Foothill Blvd Suite 160-338 Rancho Cucamonga, CA 91730 | Constuction Rantax | EIN: 22-3966779 From-To |

| Debtor 1 | Shannon E Couser | Case number (*if known*) | 6:18-bk-20235-SY |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name | Date Issued |
| **Address** | |
| (Number, Street, City, State and ZIP Code) | |

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

*Shannon E. Couser* (signature)

**Shannon E Couser**
**Signature of Debtor 1**

**Date**   FEB 07 2019

**Signature of Debtor 2**

**Date**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shannon E Couser** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **6:18-bk-20235-SY** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7        12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Loandepo.co** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Description of property securing debt: **12596 Begonia Court Rancho Cucamonga, CA 91739  San Bernardino County Value refllects sales price of $456,000 less 8% cost of sale** | | |

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: **Kia Motors Finance** | ☐ No<br><br>■ Yes |
| Description of leased Property: **Least on 2018 Sportage EX** | |

Debtor 1    __Shannon E Couser__                          Case number (*If known*)  __6:18-bk-20235-SY__

| Lessor's name: | **Kia Motors Finance** | ■ No |
| | | ☐ Yes |

Description of leased    **2018 Kia Sportage LX**
Property:

| Lessor's name: | **Westgage Resorts** | ■ No |
| | | ☐ Yes |

Description of leased    **Las Vegas Timeshare one (1) week alternate years. $369 per month**
Property:

---

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X _~Shannon L. Couser~_                    X _____
**Shannon E Couser**                              Signature of Debtor 2
Signature of Debtor 1

Date    __FEB 07 2019__                    Date  _____

California Field Ironworkers
P. O. Box 1208
Roseville, CA 95678


Contractors State License Board
9821 Business Park Drive
Sacramento, CA 95826


Contractors State License Board
P. O. Box 2600
Sacramento, CA 95826


Ellie Reynolds- Rodriguea (McIllvan)
c/o Cook Law Office, PLLC
4500 S. Lake shore Drive, Suite 215
Tempe, AZ 85282


Empyrean Plumbing, Inc.
3404 Niki Way
Riverside, CA 92507


Farmers Insurance
P. O. Box 268994
Oklahoma City, OK 73126


Genisa Iron dba DM Ironworks
C/O Kennedy & Souza, APC
7964 Arjon Drive, Suite I
San Diego, CA 92126


Kia Motors Finance
P. O. Box 660891
Dallas, TX 75266

LV Tower 52
Association Manager
Hilton Garden Vacations
P. O. Box 402705
Atlanta, GA 30384


Nordstrom Card Services
P. O. Box 6566
Englewood, CO 80111


Pacific  Security Premium Finance
12790 Merit Dr.
Dallas, TX 75251


PSA Realty & Ins
P. O. Box 720
Temecula, CA 92593


SEC Federal Credit Union
P. O. Box 8017
El Monte, CA 91734


Sunbelt Rentals
2341 Deerfiel Dr.
Fort Mill, SC 29715


US Bank
P. O. Box 108
Saint Louis, MO 63166


Victoria Secret
P. O. Box 659728
San Antonio, TX 78265


Wells Fargo Bank, N. A.
MAC F8235-02F
Des Moines, IA 50306

**Information to identify the case:**

| | |
|---|---|
| Debtor 1    **Shannon E Couser** | Social Security number or ITIN  **558–51–8264** |
| First Name   Middle Name   Last Name | EIN  __-_____ |
| Debtor 2 (Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN  ____ |
| | EIN  __-_____ |
| United States Bankruptcy Court  **Central District of California** | |
| Case number:   **6:18–bk–20235–SY** | Date case filed for chapter  **7   12/5/18** |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Shannon E Couser | | |
| 2. | **All other names used in the last 8 years** | faw Haley Construction Services, Inc., faw S.E. Welco, Inc. | | |
| 3. | **Address** | 12596 Begonia Court Rancho Cucamonga, CA 91739 | | |
| 4. | **Debtor's attorney** Name and address | Stephen R Wade The Law Offices of Stephen R Wade 405 North Indian Hill Blvd. Claremont, CA 91711 | | Contact phone 909–985–6500 Email _____ |
| 5. | **Bankruptcy trustee** Name and address | Lynda T. Bui (TR) Shulman Hodges & Bastian LLP 3550 Vine Street, Suite 210 Riverside, CA 92507 | | Contact phone (949) 340–3400 Email _____ |

**For more information, see pages 2 and 3 >**

035875                                     84104035910014

Debtor **Shannon E Couser**                                              Case number **6:18–bk–20235–SY**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 3420 Twelfth Street,<br>Riverside, CA 92501–3819 | Hours Open: 9:00 AM – 4:00 PM<br><br>Contact phone 855–460–9641<br><br>Dated: 12/6/18 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 8, 2019 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location:<br><br>**3801 University Ave., ROOM 101, Riverside, CA 92501** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/11/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**For more information, see pages 1 and 3 >**

035875          8 4 1 0 4 0 3 5 9 1 0 0 1 4

Debtor **Shannon E Couser**                                      Case number **6:18-bk-20235-SY**

| | |
|---|---|
| **13. Proof of Debtor Identification (ID) and Proof of Social Security Number(SSN)** | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state–issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W–2 form, pay stub, payment advice, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| **14. Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. |
|  | **SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| **15. Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 3801 University Avenue Suite 720, Riverside, CA 92501–3200. |

**For more information, see pages 1 and 2 >**

035875                                      **84104035910023**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**405 N. Indian Hill Blvd., Claremont, CA 91711**

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS AND OFFICIAL FORM 309A – NOTICE OF CHAPTER 7 BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 07, 2019** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Howard B Grobstein (TR)**    hbgtrustee@gtfas.com, C135@ecfcbis.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
- **Stephen R Wade**    srw@srwadelaw.com, reception@srwadelaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 07, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S. Bankruptcy Court
Hon. Scott H. Yun
3420 Twelfth Street, Suite 345
Riverside, CA 92501-3819

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 07, 2019 | Alicia Cosio | /s/ Alicia Cosio |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**Additional Parties Served via U.S. Mail:**

California Field Ironworkers
P. O. Box 1208
Roseville, CA 95678

Contractors State License Board
9821 Business Park Drive
Sacramento, CA 95826

Contractors State License Board
P. O. Box 2600
Sacramento, CA 95826

Ellie Reynolds- Rodriguea (McIllvan)
c/o Cook Law Office, PLLC
4500 S. Lake shore Drive, Suite 215
Tempe, AZ 85282

Empyrean Plumbing, Inc.
3404 Niki Way
Riverside, CA 92507

Farmers Insurance
P. O. Box 268994
Oklahoma City, OK 73126

Genisa Iron dba DM Ironworks
C/O Kennedy & Souza, APC
7964 Arjon Drive, Suite I
San Diego, CA 92126

Kia Motors Finance
P. O. Box 660891
Dallas, TX 75266

LV Tower 52
Association Manager
Hilton Garden Vacations
P. O. Box 402705
Atlanta, GA 30384

Nordstrom Card Services
P. O. Box 6566
Englewood, CO 80111

Pacific Security Premium Finance
12790 Merit Dr.
Dallas, TX 75251

PSA Realty & Ins
P. O. Box 720
Temecula, CA 92593

SEC Federal Credit Union
P. O. Box 8017
El Monte, CA 91734

Sunbelt Rentals
2341 Deerfiel Dr.
Fort Mill, SC 29715

US Bank
P. O. Box 108
Saint Louis, MO 63166

Victoria Secret
P. O. Box 659728
San Antonio, TX 78265

Wells Fargo Bank, N. A.
MAC F8235-02F
Des Moines, IA 50306

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**